IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

DEBBIE REMKE,

   Plaintiff,

     v.

JONES LANG LASALLE
AMERICAS, INC., a Maryland
Corporation,

   Defendant.

CIVIL ACTION FILE
NO. 1:07-CV-2539-TWT

ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 60] of the Magistrate Judge recommending granting the Defendant's Motion for Summary Judgment [Doc. 45]. In her Objections to the Report and Recommendation, the Plaintiff restates the arguments previously made in response to the Defendant's motion. For the reasons set forth in the thorough and well reasoned Report and Recommendation, the Plaintiff has failed to show that the reasons given for her termination were a pretext and that the true reason was discrimination because of her sex. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion for Summary Judgment [Doc. 45] is GRANTED.

SO ORDERED, this 8 day of October, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge